IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>NOE LOERA,<br><br>        Defendants. | 4:13CR3025<br><br>MEMORANDUM AND ORDER |

Co-defendant Jesus Samaniego-Garcia has entered a plea of guilty.

Accordingly,

IT IS ORDERED that the motion to sever filed by defendant Noe Loera, (Filing No. 42), is denied as moot.

June 27, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge